LUCY A. JEFFERSON, Appellant, *v.* LOREN B. BANGS
et al., Respondents.

*Jefferson* v. *Bangs*, 169 App. Div. 102, affirmed.

(Argued March 18, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 15, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was to recover possession of a farm. By the will of William King, who died in 1856, a life interest in one-third of the property was given to his widow, a life interest in two-thirds to his adopted son and the fee to the plaintiff, a daughter of said adopted son. The property was subject to a mortgage. The son thereafter took an assignment of the mortgage and after the death of the widow foreclosed the same and bid in the property for less than the amount of the mortgage. He thereafter first mortgaged and then sold the property to defendants' predecessor in title. It was found that the present owner had no notice of the plaintiff's title and purchased the same in good faith depending upon a clear record title coming down from the foreclosure sale. The court held that when a *bona fide* purchaser of real estate, the record title of which is clear, pays a valuable consideration, without notice of a prior unrecorded title or claim or equity, his title takes precedence over the unrecorded interest. (See 197 N. Y. 35.)

*J. J. McGuire* for appellant.

*Clayton R. Lusk* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.